FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2022

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief originally was due on December 29, 2021.  On February 21, 2022, Mr. Patrick Maguire, appellant's appointed counsel, filed a "Motion to Abate Appeal and for Appointment of New Counsel," in which he stated he had a conflict of interest in representing appellant.[1]  On February 1, 2022, we granted the motion and abated this case to the trial court for appointment of new counsel.  On April 22, 2022, a supplemental clerk's record was filed containing a copy of the trial court's order appointing Mr. Oliver Neel as appellant's counsel.

Mr. Neel is ORDERED to file appellant's brief **no later than May 26, 2022.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] Counsel states he acted as the magistrate in appellant's underlying criminal case in December 2019.